# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 05-mj-07082 |
| RICKY SAMPLE | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; CRS § 42-4-1301(1)(b) | Driving While Ability Impaired | 3/24/05 | 1 |

Defendant to complete 24 hours community service. Sentenced to 2 days jail SUSPENDED.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $100.00 |

7/6/05
Date of Imposition of Judgment

_Signature of Judicial Officer_

Craig B. Shaffer, Magistrate Judge
Name & Title of Judicial Officer

1/18/06
Date